No. 921. SAMUELS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Evander C. Smith* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *John T. Murphy,* Deputy Attorney General, for respondent.

No. 1128. HYMORE *v.* OHIO. Ct. App. Ohio, Wood County. Certiorari denied. *Clarence M. Condon* for petitioner. *Donald D. Simmons* and *Harland M. Britz* for respondent.

No. 1150. TUCKY *v.* CASTLE ET AL. Sup. Ct. Hawaii. Certiorari denied. *Joseph A. Ryan* for petitioner.

No. 1151. FUNEL *v.* FIDELITY & CASUALTY CO. OF NEW YORK. C. A. 5th Cir. Certiorari denied. *Ellis C. Irwin* for petitioner.

No. 1153. O'CONNOR *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *James W. Cowell* for petitioner.

No. 1156. ESCOBAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edwin Smith* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 1190. KINCHELOE *v.* BOARD OF MEDICAL EXAMINERS OF NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Warren E. Miller* for petitioner. *John H. Anderson, Jr.,* for respondent.